Kenneth M. Gutsch
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, AK 99501
Ph: 907-276-5727
Email: kgutsch@richmondquinn.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

NORMA HIRATSUKA,                          )
                                          )
                    Plaintiff,            )
        v.                                )
                                          )
WALMART, INC. d/b/a WALMART               )
SUPERCENTER #2071,                        )
                                          )
                    Defendants.           )     Case No. 3AN-19-10919CI
_____)

## NOTICE OF REMOVAL FROM STATE COURT
## TO UNITED STATES DISTRICT COURT

TO:         Clerk of Court
            Alaska Court System
            Third Judicial District at Anchorage

AND TO:     Whitney A. Power
            Power & Power, LLC
            10950 O'Malley Centre Dr. Suite C
            Anchorage, AK 99515

        Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the

Notice of Removal, a copy of which is attached hereto as Exhibit A (without Exhibits),

effecting the removal for all purposes of the above-captioned action, Case No. 3AN-19-

10919CI, to the United States District Court for the District of Alaska from the Superior

Court for the State of Alaska, Third Judicial District at Anchorage, was filed by the

defendant Walmart Stores, Inc., on January 14th, 2020 with the Clerk of the United States

District Court for the District of Alaska.

DATED this ___ day of January 2020, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendants

By:      _____

Kenneth M. Gutsch
Alaska Bar No. 8811186

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via mail this 14th day of January 2020, on:

Whitney A. Power
Power & Power, LLC
10950 O'Malley Centre Dr. Suite C
Anchorage, AK 99515

_____
RICHMOND & QUINN
I:\2245\082\PLEADINGS\REMOVAL FROM STATE COURT.doc

NOTICE OF REMOVAL FROM STATE COURT
Norma Hiratsuka v. Walmart Stores, Inc., Case No. 3AN-19-10919CI
Page 2