IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

NORMA HIRATSUKA,

          Plaintiff,

vs.

WALMART, INC.,

          Defendant.

Case No. 3AN-19-_____ CI

COPY
Original Received
NOV - 5 2019
Clerk of the Trial Court

## COMPLAINT FOR DAMAGES

Plaintiff, Norma Hiratsuka, by and through counsel, Power & Power Law, for her causes of action against Defendant, states and alleges as follows:

### The Parties

1. At all times relevant to this action, Plaintiff was a resident of Dillingham, Alaska, Third Judicial District, and a patron of Walmart, Inc. store number 2071 located in Anchorage, Alaska, Third Judicial District.

2. At all times relevant to this action, Defendant, Walmart, Inc. is a Delaware corporation operating, maintaining and controlling stores across Alaska, including store number 2071 located in Anchorage, Alaska, Third Judicial District.

Complaint for Damages
Case No. 3AN-19-_____ CI
Page 1 of 3

POWER & POWER LAW, LLC
Attorneys at Law
10050 O'Malley Centre Drive, Suite C · Anchorage, AK 99515
Tele: 907.222.9990 / Fax 800.840.0880
Email: admin@akppowerlaw.com

COPY

## Common Factual Allegations

1. On or about October 13, 2018, Defendant failed to properly maintain the floor in the aisle offering hair care products in its store number 2071 and, as a result, a puddle of a liquid that appeared to be shampoo remained on the floor. Defendant took no steps to clean the unsafe floor or warn customers of the hazard.

3. On or about October 13, 2018, Plaintiff was a patron in Walmart store number 2071, and walked down the aisle offering hair care products. Due to the unsafe condition of the floor, she slipped and fell and as a result, sustained serious injuries.

4. Plaintiff suffered both past and future damages, consisting of medical expenses, rehabilitation expenses, pain, suffering, income losses, non-market service losses, emotional distress, inconvenience, and loss of enjoyment of life.

## First Claim for Relief: Negligence

5. Plaintiff incorporates by reference all prior allegations herein.

6. Defendant had a duty to protect its customers from foreseeable and dangerous conditions.

7. Defendant breached that duty by negligently failing to maintain the premises of its store number 2071 in a reasonably safe condition.

POWER & POWER LAW, LLC
Attorneys at Law
10950 O'Malley Centre Drive, Suite C · Anchorage, AK 99515
Tele: 907.222.9990 / Fax: 800.840.0380
Email: admin@nkpowerlaw.com

Complaint for Damages
Case No. 3AN-19-_____ CI
Page 2 of 3

8. Defendant's negligence was the proximate cause of the accident, resulting in damages to Plaintiff, both past and future, consisting of medical expenses, rehabilitation expenses, pain, suffering, income losses, non-market service losses, emotional distress, pain, inconvenience, and loss of enjoyment of life, less than $100,000, the precise amount to be proven at trial.

### PRAYER FOR RELIEF

WHEREFORE plaintiffs request the following relief from this court:

1. For compensatory damages from Defendant in an amount to be determined at trial, but in any event less than $100,000;

2. For costs, interest and attorney's fees in bringing this action; and

3. For other relief considered appropriate by the court.

RESPECTFULLY SUBMITTED this 5th day of November 2019, at Anchorage, Alaska.

POWER & POWER LAW
10950 O'MALLEY CENTRE DRIVE, STE. C
ANCHORAGE, ALASKA 99515
ADMIN@AKPOWERLAW.COM
Attorneys for Plaintiff

By: _____
WHITNEY POWER
ALASKA BAR NO. 1005010
WPOWER@AKPOWERLAW.COM

Complaint for Damages
Case No. 3AN-19-_____ CI
Page 3 of 3